UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE EKBLAD (F/N/A NICOLE MARIE MILLER),

    Plaintiff,

v.

ALLEGAN PUBLIC SCHOOL DISTRICT A/K/A ALLEGAN PUBLIC SCHOOLS, JAMES BAIRD, WILLIAM HAMMER, KEVEN HARNESS, JIM MALLARD and GARY ELLIS, individually and in their official capacities,

    Defendants.
_____/

Case No.:  1:22-CV-00584

Hon. Hala Y. Jarbou

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| Parker G. Stinar (P75252)<br>WAHLBREG - WOODRUFF<br>Attorneys for Plaintiff<br>4601 DTC Boulevard, Suite 950<br>Denver, CO 80237<br>(303) 571-5302<br>parker@denvertriallawyers.com | Craig R. Noland (P30717)<br>Bogomir Rajsic, III (P79191)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant Baird<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>cnoland@mcgrawmorris.com<br>brajsic@mcgrawmorris.com |
| Vernon R. Johnson (P39219)<br>Jeffrey T. Stewart (P24138)<br>JOHNSON LAW PLC<br>Buhl Bldg- 535 Griswold St., Ste. 2632<br>Detroit, MI 48226<br>(313) 324-8300<br>Fax: (313) 324-8301<br>Email: vjohnson@venjohnsonlaw.com | Mark T. Ostrowski (P49761)<br>Jessica M. Stark (P80647)<br>KLUCZYNSKI, GIRTS & VOGELZANG<br>Attorneys for Defs. Allegan Public Schools,<br>  William Hammer, Kevin Harness, Jim Mallard<br>  and Gary Ellis<br>3033 Orchard Vista Drive, SE, Suite 308<br>Grand Rapids, MI 49546<br>(616) 559-8649<br>marko@kgvlaw.com<br>jesstark@kgvlaw.com |

## DEFENDANT JAMES BAIRD'S MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(B)(6)

NOW COMES Defendant James Baird, by and through his attorneys, McGraw Morris, P.C., and hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to enter an order dismissing

Plaintiff's Complaint with prejudice for the reasons stated in the accompanying brief in support of this Motion.

                McGRAW MORRIS, P.C.
                Attorneys for Defendant James Baird

Dated:  December 16, 2022  BY: *s/ Bogomir Rajsic, III*
                Craig R. Noland (P30717)
                Bogomir Rajsic, III (P79191)
                300 Ottawa Avenue, NW, Ste. 820
                Grand Rapids, MI  49503
                (616) 288-3700
                cnoland@mcgrawmorris.com
                brajsic@mcgrawmorris.com