UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE EKBLAD,

        Plaintiff,

v.

ALLEGAN PUBLIC SCHOOL DISTRICT,
JAMES BAIRD, WILLIAM HAMMER,
KEVIN HARNESS, JIM MALLARD, and
GARY ELLIS,

        Defendants.
                                 /

Case No. 1:22-cv-584

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Nicole Ekblad.

Dated:  September 26, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge